JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMANDA LYNN SUECHTING,<br><br>        Plaintiff,<br><br>        v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security Administration,<br><br>        Defendant. | Case No. 2:20-cv-04157-DMG-SP<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and this action is dismissed with prejudice.

DATED: September 30, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE